**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

JESSICA DECOURSEY and GRACE SIT, on behalf of themselves and a class of all others similarly situated,

Plaintiffs,

v.

MURAD, LLC,

Defendant.

Case No. 3:22-cv-00353-GTS-ML

**NOTICE OF MOTION**

**ORAL ARGUMENT REQUESTED**

**DEFENDANT MURAD, LLC'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law in support of its motion to dismiss, Defendant Murad, LLC will move this Court, before the Honorable Glenn T. Suddaby, United States District Judge, on a date and time to be designated by the Court, at the James M. Hanley Federal Building & U.S. Courthouse, 100 S. Clinton St., Syracuse, NY 13261, for an Order dismissing Plaintiffs' Complaint in its entirety with prejudice pursuant to Federal Rules of Civil Procedure Rule 12(b)(2) for lack of personal jurisdiction as to claims not arising out of conduct occurring in New York, Rule 12(b)(6) for failure to state a claim, and Rule 12(b)(1) for lack of standing to seek injunctive relief.

Dated: September 1, 2022
New York, New York

Respectfully submitted,

By: /s/ Michael Duvall

Michael Duvall
Dentons US, LLP
601 S. Figueroa Street - Ste 2500
Los Angeles, CA 90017
213-892-2818
michael.duvall@dentons.com

Elizabeth Kaminski
Dentons US, LLP
1221 Avenue of the Americas
New York, NY 10020
212-768-6700
elizabeth.kaminski@dentons.com

Grant J. Ankrom
Dentons US, LLP
211 N. Broadway, Suite 3000
St. Louis, MO 63102
314-241-1800
grant.ankrom@dentons.com
*Pro hac vice application pending*

*Attorneys for Defendant Murad, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2022, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to counsel of record.

By: /s/ Michael Duvall
Michael Duvall
Dentons US, LLP
601 S. Figueroa Street - Ste 2500
Los Angeles, CA 90017
213-892-2818
michael.duvall@dentons.com