UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA DECOURSEY, on behalf of herself and a class of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>MURAD, LLC,<br><br>        Defendant. | Case No. 3:22-cv-00353-GTS-ML<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jessica DeCoursey and Defendant Murad, LLC, hereby stipulate and agree that Plaintiff's claims in the above-captioned matter are dismissed with prejudice as to Plaintiff individually, and without prejudice as to any putative class members. Each party shall bear its respective attorneys' fees and associated legal expenses, except as otherwise agreed to by the Parties. No party hereto is an infant or incompetent.

Dated: February 2, 2024

IT IS SO ORDERED:

_/s/ Anne M. Nardacci_
Anne M. Nardacci
U.S. District Judge

Dated: February 9, 2024
      Albany, NY

LEVI & KORSINSKY, LLP

By: _/s/ Mark S. Reich_
Mark S. Reich
Courtney E. Maccarone
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: 212-363-7500
Facsimile: 212-363-7171
Email: mreich@zlk.com
       cmaccarone@zlk.com

*Counsel for Plaintiff DeCoursey*

By: _/s/ Michael J. Duvall_
MICHAEL J. DUVALL
michael.duvall@dentons.com

KATHRYN L. IGNASH (Admitted *Pro Hac Vice*)
kathryn.ignash@dentons.com
**DENTONS US LLP**
601 SOUTH FIGUEROA STREET
SUITE 2500
LOS ANGELES, CA 90017-5704
Telephone: 213 623 9300

CHARLES M. FARRELL
charles.farrell@dentons.com
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212 398 5826

GRANT J. ANKROM (Admitted *Pro Hac Vice*)
grant.ankrom@dentons.com
MICHAEL E. HARRISS (Admitted *Pro Hac Vice*)
michael.harriss@dentons.com
**DENTONS US LLP**
211 NORTH BROADWAY
SUITE 3000
ST. LOUIS, MO 63102-2741
Telephone: 314 241 1800

*Counsel for Defendant Murad, LLC*